5125 Fifth Avenue, Inc., Appellant, *v.* Board of
Property Assessment.
5025 Fifth Avenue, Inc., Appellant, *v.* Board of
Property Assessment.
Moorewood-Fifth Corporation, Appellant, *v.*
Board of Property Assessment.

Argued March 17, 1965. Before BELL, C. J., MUS-
MANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS,
JJ.

*Leonard M. Mendelson,* with him *Edward C. Leckey,*
for appellants.

*John F. Murphy,* Assistant County Solicitor, with
him *James Victor Voss,* Assistant County Solicitor,
*Francis A. Barry,* First Assistant County Solicitor,
and *Maurice Louik,* County Solicitor, for board, appel-
lee.

OPINION PER CURIAM, April 20, 1965:
The orders of the Court of Common Pleas of Alle-
gheny County are vacated and the matters are remand-
ed to that court for further consideration and for such
further proceedings as may be required in light of our

recent decisions in *Deitch Co. v. Bd. of Property Assessment,* 417 Pa. 213, 209 A. 2d 397 (1965), *McKnight Shopping Center, Inc. v. Bd. of Property Assessment,* 417 Pa. 234, 209 A. 2d 389 (1965), *Rieck Ice Cream Co. Appeal,* 417 Pa. 249, 209 A. 2d 383 (1965), and *Pittsburgh Miracle Mile Town & Country Shopping Center, Inc. v. Bd. of Property Assessment,* 417 Pa. 243, 209 A. 2d 394 (1965).

Mr. Chief Justice BELL concurs in the result.